John E. Lattin, Bar No. 167876
jlattin@laborlawyers.com
Todd B. Scherwin, Bar No. 239848
tscherwin@laborlawyers.com
Ryan D. Wheeler, Bar No. 268353
rwheeler@laborlawyers.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone (949) 851-2424
Facsimile (949) 851-0152

Attorneys for Defendants,
HD SUPPLY, INC. and HD SUPPLY FACILITIES MAINTENANCE, LP

E-FILED 11/01/2012

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANTHONY DE ALBA, JR., on behalf of himself and others similarly situated,

Plaintiffs

vs.

HD SUPPLY, INC., a Delaware Corporation; and DOES 1 through 100, inclusive,

Defendants.

Case No. CV09-6431 GHK(CTx)

[Removed From State Court Case No BC 419163]

[~~PROPOSED~~] ORDER GRANTING ACTION TO BE REMANDED TO STATE COURT

Removal Filed: 9/03/09
Complaint Filed: 8/04/09

Having considered the parties Stipulation to Remand to State Court, and finding good cause, it is hereby ordered that this action is remanded to the Superior Court of the State of California for the County of Los Angeles, Case No. BC419163 and that this action shall revert to its status prior to September 3, 2009.

**IT IS SO ORDERED.**

DATED: October 31, 2012

HONORABLE GEORGE H. KING
United States District Court Judge
Central District of California