John E. Lattin, Bar No. 167876
jlattin@laborlawyers.com
Todd B. Scherwin, Bar No. 239848
tscherwin@laborlawyers.com
Ryan D. Wheeler, Bar No. 268353
rwheeler@laborlawyers.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone (949) 851-2424
Facsimile (949) 851-0152

E-FILED 11/01/2012

JS-6

Attorneys for Defendants,
HD SUPPLY, INC. and HD SUPPLY FACILITIES MAINTENANCE, LP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DE ALBA, JR., on behalf of himself and others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>HD SUPPLY, INC., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. CV09-6431 GHK(CTx)<br><br>[Removed From State Court Case No BC 419163]<br><br>[~~PROPOSED~~] ORDER GRANTING ACTION TO BE REMANDED TO STATE COURT<br><br>Removal Filed: 9/03/09<br>Complaint Filed: 8/04/09 |

1  Having considered the parties Stipulation to Remand to State Court, and
2  finding good cause, it is hereby ordered that this action is remanded to the
3  Superior Court of the State of California for the County of Los Angeles, Case No.
4  BC419163 and that this action shall revert to its status prior to September 3, 2009.
5
6
7  **IT IS SO ORDERED.**
8
9  DATED: October __31__, 2012
10
11  _____
   HONORABLE GEORGE H. KING
   United States District Court Judge
   Central District of California

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
[PROPOSED] ORDER GRANTING ACTION TO BE REMANDED TO STATE COURT